UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL DE JESUS LEON, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-08-2061 |
| | § § | |
| CENTRAL TURF FARMS, INC., | § § | |
| Defendant. | § | |

## ORDER ON STIPULATION TO DISMISS

After considering the plaintiff Manuel de Jesus Leon's stipulation to dismiss, the Court GRANTS the motion and dismisses this case without prejudice. Each party shall bear their respective attorney's fees and costs.

SIGNED and ENTERED this 12th day of August, 2008.

_____
Kenneth M. Hoyt
United States District Judge